Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-3694 phone
(972) 628-3687 fax
weisbartm@earthlink.net
CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>STEPHEN L. HAMIL<br>MELANIE M. HAMIL<br><br>Debtor(s) | Case No. 07-40101<br>Chapter 7 |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY**
**OF THE UNITED STATES BANKRUPTCY COURT**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting Trustee in this case.

2. That he filed a Final Report that was approved by this Court. Final distributions were made.

3. The following check(s) were not negotiated within the 90-day period allowed:

    | Check No. | Claimant | Claim No. | Amount |
    |---|---|---|---|
    | 1009 | Gwen Hill | 3 | $3,581.25 |

    These unclaimed funds should be paid into the unclaimed registry of this Court.

4. Pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to the Clerk of the United States Bankruptcy Court in the amount of $3,581.25.

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-3694 phone
(972) 628-3687 fax
weisbartm@earthlink.net
CHAPTER 7 TRUSTEE